938 A.2d 983

**Ernest POTTS, Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 163 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 13, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.